PROB 12C
(7/93)

Report Date: May 30, 2013

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 30 2013

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jeremy M. Hannum          Case Number: 2:09CR00044-001

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Justin L. Quackenbush, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: 12/03/2009

| | | | |
|---|---|---|---|
| Original Offense: | Escape From Custody, 18 U.S.C. § 751(a) | | |
| Original Sentence: | Prison - 30 Months; TSR - 30 Months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Pamela J. Byerly | Date Supervision Commenced: | 6/18/2012 |
| Defense Attorney: | Roger Peven | Date Supervision Expires: | 12/17/2014 |

---

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number          Nature of Noncompliance

1          **Standard Condition # 3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.

           **Supporting Evidence**: On May 28 and 29, 2013, messages were left on the offender's cellular telephone directing him to contact the undersigned officer. To date, Mr. Hannum has failed to contact the probation office as directed.

2          **Standard Condition # 6**: The defendant shall notify the probation officer at least ten days prior to any change in residence or employment.

           **Supporting Evidence**: On May 10, 2013, Mr. Hannum reported that he was moving out of his approved residence at the Addison Oxford House. To date, he has failed to provide the address of where he is currently residing.

Prob12C
Re: Hannum, Jeremy M.
May 30, 2013
Page 2

| | |
|---|---|
| 3 | **Standard Condition # 7**: The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substance, except as prescribed by a physician. |
| | **Supporting Evidence**: On May 24, 2013, Mr. Hannum was arrested by Spokane police officers for malicious mischief/domestic violence. It is noted, the police report states Jeremy Hannum was intoxicated at the time of the arrest, and by his own admission had been consuming alcohol for several hours prior to his contact with law enforcement. |
| 4 | **Standard Condition # 9**: The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer. |
| | **Supporting Evidence**: On May 24, 2013, Spokane police officers arrested Mr. Hannum at Daniel C. Amesbury's residence. Mr. Amesbury is a convicted felon who was previously supervised by the U.S. Probation Office in the Eastern District of Washington. |
| 5 | **Standard Condition # 10**: The defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer. |
| | **Supporting Evidence**: Jeremy Hannum has failed to provide the U.S. Probation Office with his current address, therefore, is not allowing the probation officer to visit him at his home. |
| 6 | **Standard Condition # 11**: The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer. |
| | **Supporting Evidence**: Jeremy Hannum was arrested by Spokane police on May 24, 2013, for malicious mischief/domestic violence. To date he has failed to notify the probation officer of this arrest. |
| 7 | **Special Condition # 15**: You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare. You shall contribute to the cost of treatment according to your ability to pay. You shall allow full reciprocal disclosure between the supervising officer and treatment provider. |
| | **Supporting Evidence**: Jeremy Hannum is in violation of his substance abuse treatment conditions by consuming alcohol on May 23, 2013, and into the early morning of May 24, 2013. |

Prob12C
Re: Hannum, Jeremy M.
May 30, 2013
Page 3

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 05/30/2013

s/Richard Law

Richard Law
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

May 30, 2013
Date